UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | CAUSE NO. 3:07-CR-33 (2) RM |
| ) | |
| DWIGHT HAWKINS ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on August 23, 2007 [Doc. No. 54]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Dwight Hawkins' plea of guilty, and FINDS the defendant guilty of Count 3 of the Indictment, in violation of 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED:   September 12, 2007

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court